IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA,                                          PLAINTIFF

vs.                                                        COURT ACTION NO.5:01CR19BRN

Angela Huggins                                                     DEFENDANT

Hathorn's Pest Control                                             GARNISHEE

## ORDER QUASHING GARNISHMENT

On motion ore tenus of the United States Attorney to quash the Writ of Garnishment issued in this action on the grounds that the defendant is no longer working for garnishee, Hathorn Pest Control, Inc.;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Continuing Garnishment issued in this action on September 11, 2008, be and it is hereby quashed, and the garnishee, Hathorn Pest Control, is hereby dismissed.

ORDERED AND ADJUDGED this   16th   day of   September  , 2008.

                                                 s/ David Bramlette
                                           HONORABLE DAVID C. BRAMLETTE
                                           SENIOR, UNITED STATES DISTRICT JUDGE